1  Marc V. Kalagian
   Attorney at Law: 149034
2  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail:rk_sslaw@speakeasy.net

5  Attorneys for Plaintiff JOHN ROMERO

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11 JOHN ROMERO,                          ) Case No.: 1:10-cv-766 SMS
                                         )
12          Plaintiff,                   ) STIPULATION TO EXTEND TIME
   v.                                    )
13                                       )
   Michael J. Astrue,                    )
14 Commissioner of Social Security.      )
                                         )
15          Defendant.                   )
                                         )
16 _____ )

17

18     TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
19 OF THE DISTRICT COURT:

20     IT IS HEREBY STIPULATED by and between the parties, through their
21 respective counsel, that Plaintiff shall have a 30 day extension of time, to and
22 including January 26, 2010, in which to provide Defendant with settlement letter
23 and all other filing deadlines set forth in the scheduling order are to be extended
24 accordingly.
25 ///
26 ///
27 ///
28 ///

-1-

1

2   Plaintiff's counsel did not receive a paper copy of the Administrative
3   Record. Plaintiff's counsel was informed by defendant on December 27, 2010 that
4   they are not required to serve a paper copy. Plaintiff's counsel has now
5   downloaded the Administrative Record and needs additional time to prepare the
6   settlement letter.

7

8   DATE: December 27, 2010        Respectfully submitted,

9                                  ROHLFING & KALAGIAN, LLP

10

11                                         /s/ *Marc V. Kalagian*
                                    BY: _____
12                                  Marc V. Kalagian
                                    Attorney for plaintiff John Romero
13

14

15  DATE:  December 27, 2010
                                    BENJAMIN B. WAGNER.
16                                  United States Attorney
                                    LEON W. WEIDMAN
17                                  Chief, Civil Division

18
                                           /s/ *Odell Grooms*
19                                  BY: _____
                                    Odell Grooms
20                                  Attorneys for defendant Michael Astrue
                                    {By telephone authorization}
21

22

23   IT IS SO ORDERED

24  DATE  12/30/2010               /s/ SANDRA M. SNYDER_____
                                    THE HONORABLE SANDRA M. SNYDER
25                                  UNITED STATES MAGISTRATE JUDGE

26

27

28