1 | Marc V. Kalagian
Attorney at Law: 149034
2 | 211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
3 | Tel: (562)437-7006
Fax: (562)432-2935
4 | E-Mail: Marc_RK.office@speakeasy.net

5 | Attorneys for Plaintiff
   JOHN ROMERO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROMERO, | ) Case No.: 1:10-cv-00766 SMS |
| Plaintiff, | ) ORDER EXTENDING BRIEFING |
| v. | ) SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 21, 2011, in which to provide Defendant with Plaintiff's Opening Brief or otherwise plead; and that all other deadlines set forth in the May 3, 2010 Case Management Order shall be extended accordingly.

IT IS SO ORDERED

Dated:  March 22, 2011          /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE