# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN ROMERO,

               Plaintiff,

    v.

MICHAEL ASTRUE,
Commissioner of Social Security,

               Defendant.

_____/

CASE NO. 1:10-cv-00766-SMS

ORDER DISMISSING CASE
WITHOUT PREJUDICE FOR
FAILURE TO PROSECUTE AND FOR
FAILURE TO OBEY A COURT ORDER

(Doc. 20)

      On July 11, 2011, this Court ordered Plaintiff John Romero to file and serve his opening brief in this matter by August 31, 2011.  The order provided that, if Plaintiff failed to file his opening brief by August 31, 2011, the Court would dismiss this case for failure to obey a court order and failure to prosecute.  Plaintiff has not yet filed his opening brief.

      Accordingly, the Court hereby DISMISSES this case without prejudice for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:**   **September 22, 2011**          _____/s/ Sandra M. Snyder_____
                           UNITED STATES MAGISTRATE JUDGE