1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF CALIFORNIA

8
JOHN ROMERO,                          CASE NO. 1:10-cv-00766-SMS
9
              Plaintiff,
10                                    ORDER DISMISSING CASE
                                      WITHOUT PREJUDICE FOR
11      v.                            FAILURE TO PROSECUTE AND FOR
                                      FAILURE TO OBEY A COURT ORDER
MICHAEL ASTRUE,
12   Commissioner of Social Security,

13              Defendant.            (Doc. 20)
     _____/
14

15          On July 11, 2011, this Court ordered Plaintiff John Romero to file and serve his opening

16   brief in this matter by August 31, 2011.  The order provided that, if Plaintiff failed to file his

17   opening brief by August 31, 2011, the Court would dismiss this case for failure to obey a court

18   order and failure to prosecute.  Plaintiff has not yet filed his opening brief.

19          Accordingly, the Court hereby DISMISSES this case without prejudice for failure to obey

20   a court order and failure to prosecute.

21

22   IT IS SO ORDERED.

23   **Dated:    September 22, 2011**            **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                        1